UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Storm Seafood, Inc.

V.

Teran

Case Number: 3:03cv461 MRK

FILED Oct 29  3 49 PM '03

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on <u>October 29, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 28, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, October 29, 2003.


KEVIN F. ROWE, CLERK

By: _____
    Kenneth R. Ghilardi
    Deputy Clerk