UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Storm Seafood Inc

  v.                                            3:03CV461(MRK)

Teran

## JUDGMENT

Notice having been sent to counsel of record on October 29, 2003, pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before November 28, 2003.

No closing papers having been received and no further requests for continuance having been received, it is hereby,

ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 4th day of December, 2003.

                                                                                KEVIN F. ROWE, Clerk

                                                                                By _____
                                                                                 Kenneth R. Ghilardi
                                                                                 Deputy Clerk

EOD: _____