UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
STORM SEAFOOD, INC.,                          :
                                              :
            Plaintiff,                       :    Case No.: 03 CV 461 (MRK)
                                              :
vs.                                           :
                                              :
FRANCISCO HERRERA TERAN,                      :
                                              :
            Defendant.                      :    December 11, 2003
-------------------------------------------------------X

## MOTION TO REOPEN

      Plaintiff, Storm Seafood, Inc. ("Storm Seafood"), by its attorneys, Finn Dixon & Herling LLP, hereby respectfully moves pursuant to D. Conn. L. Civ. R. 41(b) that this Court reopen the judgment of dismissal entered on December 4, 2003. In support of this motion, Storm Seafood represents as follows:

      1.     On December 4, 2003, the Court issued a judgment dismissing the above captioned action for failure to file closing papers or other request for continuances.

      2.     On November 21, 2003, plaintiff filed a Motion for Extension of Time("Motion") to and including December 28, 2003 in which to file its closing papers in this action. Defendant consented to the requested extension. A copy of the Motion is attached hereto as Exhibit A.

      3.     The Motion was inadvertently sent to the Hartford District Court where the case was previously assigned to Judge Droney instead of to the New Haven District Court where it is presently assigned to Judge Kravitz.

{00053626; 1; 7110-2}

For the reasons set forth above, plaintiff Storm Seafood respectfully requests that this Court reopen the judgment of dismissal entered on December 4, 2003 and grant the motion to extend the time period in which it is to file the closing papers in this action to and including December 28, 2003.

PLAINTIFF STORM SEAFOOD, INC.

By: *[signature]*

Donna Nelson Heller (ct06854)
Finn Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: dheller@fdh.com

{00053626; 1; 7110-2}