UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------X
STORM SEAFOOD, INC.,                  :
                                       :
           Plaintiff,                  :    Case No.: 03 CV 461 (MRK)
                                       :
vs.                                    :
                                       :
FRANCISCO HERRERA TERAN,               :
                                       :
           Defendant.                  :    November 21, 2003
----------------------------------------------X

FILED 2003 NOV 24 A 11: 28
U.S. DISTRICT COURT
HARTFORD CT

## MOTION FOR EXTENSION OF TIME

Plaintiff, Storm Seafood, Inc. ("Storm Seafood"), by its attorneys, Finn Dixon & Herling LLP, hereby respectfully moves pursuant to Fed. R. Civ. P. 6(b)(1) and D. Conn. L. Civ. R. 7(b)(3) for a thirty day (30) extension of the time period in which it is to file the closing papers in this action, from November 28, 2003 to and including December 28, 2003  In support of this motion, Storm Seafood represents as follows:

1. This is the first request for an extension with respect to this time limitation.

2. Counsel for Herrera has indicated that defendant consents to the requested extension.

3. The extension is being requested so that the parties may have additional time to conclude their settlement and finalize the closing papers before they are filed with the Court.

4. Concluding settlement has taken longer than expected because documents had to be reviewed in Florida and Norway.

5. This extension is also being requested due to the upcoming Thanksgiving holiday.

{00051465; 1; 7110-2}

RECEIVED DEC - 2 2003 FINN DIXON & HERLING, LLP

For the reasons set forth above, plaintiff Storm Seafood respectfully requests that this Court grant an extension to and including December 28, 2003 in which it is to file the closing papers in this action.

PLAINTIFF STORM SEAFOOD, INC.

By: *(signature)*

Donna Nelson Heller (ct06854)
Finn Dixon & Herling LLP
One Landmark Square
Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: dheller@fdh.com

{00051465; 1; 7110-2}

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, first class United States mail, postage prepaid to the following party on this the 21st day of November, 2003:

>David A. Huntoon, Esq.
>Huntoon & Blake, LLC
>457 Bantam Road
>Litchfield, CT 06759

>_____
>Donna Nelson Heller

{00051465; 1; 7110-2}

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed, first class United States mail, postage prepaid to the following party on this the 11th day of December, 2003:

>David A. Huntoon, Esq.
>Huntoon & Blake, LLC
>457 Bantam Road
>Litchfield, CT 06759

_____
Donna Nelson Heller

{00053626; 1; 7110-2}