UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
STORM SEAFOOD, INC.,                    :
                                        :
              Plaintiff,                :   Case No.: 03 CV 461 (MRK)
                                        :
vs.                                     :
                                        :
FRANCISCO HERRERA TERAN,                :
                                        :
              Defendant.                :   January 06, 2004
-----------------------------------------------------------X

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the plaintiff Storm Seafood, Inc. and defendant Francisco Herrera Teran hereby stipulate that the above-captioned action, including all claims and counterclaims alleged therein, shall be dismissed with prejudice and without costs to any party.

PLAINTIFF STORM SEAFOOD, INC.

By: _____
Donna Nelson Heller (ct06854)
Finn Dixon & Herling LLP
One Landmark Square, Suite 1400
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 348-5777
E-mail: dheller@fdh.com

DEFENDANT FRANCISCO HERRERA TERAN

By: _____
David A. Huntoon (ct17142)
Huntoon & Blake, LLC
457 Bantam Road
Litchfield, CT 06759
Telephone: (860) 567-5417
Facsimile: (860) 491-5305
Email: dah@ctlegaladvice.com

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed, first class United States mail, postage prepaid to the following party on this the 22nd day of January, 2004:

>David A. Huntoon, Esq.
>Huntoon & Blake, LLC
>457 Bantam Road
>Litchfield, CT 06759

_____
Donna Nelson Heller

{00048344; 1; 7110-2}