UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STORM SEAFOOD, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 03 cv 461 (MRK) |
| | : | |
| FRANCISCO HERRERA TERAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court having received the parties' Stipulation of Dismissal [doc. #28] in the above-captioned matter, plaintiff's Motion to Reopen [doc. #27] is hereby DENIED as moot. The Clerk is directed to close the case.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: April 6, 2004.